No. —. Ex parte Thomas Merryl Woffard. December 11, 1944. Application denied.

No. —. Ex parte William Pabodie. December 11, 1944. The motion for leave to file petition for writ of mandamus is denied.

No. —. Noble et al. *v.* Botkin;
No. —. Kelly *v.* Dowd, Warden. December 18, 1944. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —. Haines *v.* Sullivan, Director of Public Safety;
No. —. Hawkins *v.* Illinois; and
No. —. White *v.* Ragen, Warden. December 18, 1944. Applications denied.

No. —. Audett *v.* United States. December 18, 1944. The motion for a rule of law is denied.